# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MALIK W. AHMAD, INDIVIDUALLY,<br>Appellant,<br>vs.<br>FOX ROTHSCHILD, LLP; AND MARK J. CONNOT, INDIVIDUALLY AND SEVERALLY,<br>Respondents. | No. 71230<br><br>**FILED**<br><br>JUL 1 0 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to dismiss and for summary judgment. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

On March 23, 2017, this court entered an order granting the request of the parties for a second extension of 90 days to file the opening brief and appendix. Pursuant to that order the opening brief and appendix were due to be filed by June 12, 2017. We cautioned appellant that failure to timely file the opening brief and appendix could result in the imposition of sanctions, including dismissal of this appeal. To date, appellant has failed to file these documents. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Elissa F. Cadish, District Judge
Law Office of Malik W. Ahmad
Fox Rothschild, LLP
Eighth District Court Clerk